UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY EDWARDS BARRY,

        Plaintiff,        Case No. 1:06-CV-844

v.        Hon. Gordon J. Quist

CARMEN D. PALMER,

        Defendants.
_____/

# ORDER AND JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 4, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 4, 2007 (docket no. 3), is **APPROVED AND ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the Petitioner's petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: January 31, 2007                /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE